UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| NICHOLAS PETTIT,<br><br>Plaintiff,<br><br>v.<br><br>JAMES MORROW,<br>*et al.*,<br><br>Defendants. | Civil Action No. 2:21-cv-115<br><br>Judge: Sarah D. Morrison<br><br>Magistrate Judge: Chelsey M. Vascura |

**JOINT NOTICE OF SETTLMENT AND PROPOSED ORDER**

The parties respectfully give notice that they have reached a settlement in the above-captioned matter. On April 28, 2021 Defendants served an Offer of Judgment pursuant to Fed. R. Civ. P. 68 and on April 30 Plaintiff served a notice of acceptance. The parties intend to formalize the terms of their settlement in an agreement, and file it in the Court along with a proposed judgment entry. The parties respectfully request that all pending deadlines in the case be stayed until they file their agreement and proposed entry, including the May 11, 2021 preliminary pretrial conference (ECF No. 9) and the May 4, 2021 deadline to file the Rule 26(f) report. A proposed order is below.

PROPOSED ORDER

The preliminary pretrial conference and all other deadlines in this matter are hereby vacated, and the parties must file their settlement agreement and a proposed judgment entry no later than May 24, 2021.

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

        CITY OF COLUMBUS, DEPARTMENT OF LAW
        ZACH KLEIN, CITY ATTORNEY

        s/ Janet Hill Arbogast
        Janet R. Hill Arbogast (0061955)
        Sheena Rosenberg (0088137)
        Assistant City Attorneys
        77 N. Front Street, 4th Floor
        Columbus, Ohio 43215-9013
        Phone: (614) 645-7385
        Fax: (614) 645-6949
        jrhillarbogast@columbus.gov
        Attorneys for Defendants


        /s/ Elizabeth Bonham
        Elizabeth Bonham (0093733)
        Trial Attorney for Plaintiff
        Freda J. Levenson (0045916)
        ACLU of Ohio Foundation, Inc.
        4506 Chester Avenue
        Cleveland, Ohio 44103
        Tel: (614) 586-1972
        Fax: (614) 586-1974
        flevenson@acluohio.org
        ebonham@acluohio.org

        Elena Thompson (0100287)
        ACLU of Ohio Foundation, Inc.
        1108 City Park Avenue, Suite 203
        Columbus, Ohio 43206
        Tel: (614) 586-1972
        Fax: (614) 586-1974
        ethompson@acluohio.org
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on May 4, 2021, I filed the foregoing electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Elizabeth Bonham
Elizabeth Bonham (0093733)
Attorney for Plaintiff
